UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

David Efron, et al.,
    Plaintiffs,
    V.                                 CASE NUMBER: 97-2547 (HL)
Embassy Suites (Puerto Rico), Inc., et al.,
    Defendants.

### MOTION

Date Filed: 4/21/99    Docket #87    [] Plffs [x] Defts
Title: Renewed Motion for Rule 11 Sanctions
Opp'n Filed:    Docket #

### ORDER

Denied.

### MOTION

Date Filed: 5/17/99    Docket #93    [] Plffs [x] Defts
Title: Motion Requesting that Plaintiff's Response to Rule 11 Sanction and Objections to Bill of Costs be Stricken
Opp'n Filed:    Docket #

### ORDER

Moot.

Date: 3-31-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


