UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

DAVID EFRON,
Plaintiff,

v.

EMBASSY SUITES (PUERTO RICO),
INC., et al.,
Defendants.

Civil No. 97-2547 (HL)



**OPINION AND ORDER**

Before the Court is Defendants' bill of costs, Dkt. No. 88. Plaintiff has filed its opposition, Dkt. No. 92. Defendants are Embassy Suites Puerto Rico, et al. ("Embassy Suites") and Plaintiff is David Efron ("Efron"). The Court entered judgment for Defendants in this matter, Dkt. No. 86, on April 15, 1999.

**DISCUSSION**

Under Fed. R. Civ. P. 54(d)(1), "costs other than attorney's fees shall be allowed as of course to the prevailing party . . . ." Thus, all that remains to be determined is which items claimed as costs by the prevailing party shall be allowed and in what amounts. 28 U.S.C. § 1920 sets out the basic categories of costs that a court may allow. These include "(1) [f]ees of the clerk and marshal; (2) [f]ees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case; (3) [f]ees and disbursements for printing and witnesses; (4) [f]ees for exemplification and copies of

AO 72A
(Rev 8/82)

Civil No. ~~96-1498~~ 97-2547 (HL)                    2

papers necessarily obtained for use in the case; (5) [d]ocket fees under section 1923 of this title; (6) [c]ompensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title." 28 U.S.C.A. § 1920 (West 1994).

Unfortunately for Defendants, their bill of costs does nothing more than to list the following: "the total expenses paid by codefendants herein for photostatic copying were $377.75; for delivery services $17.00; for faxes $277.00; for postage $76.57; for messenger services $156.00." Defendants submit no documentation of these expenses and give no explanations of their use in the case. Thus, Defendants' bill of costs is hereby denied in its entirety.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 31, 2000.

HECTOR M. LAFFITTE

Chief U.S. District Judge

AO 72A
(Rev.8/82).