UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

David Efron,
    Plaintiff,
V.                                                 CASE NUMBER: 97-2547 (HL)
Embassy Suites (Puerto Rico), Inc., et al.,
    Defendants.

---

**MOTION**

Date Filed: 2/14/01    Docket # 99    [ ] Plffs [x] Defts
Title: Motion for Withdrawal of Legal Representation
Opp'n Filed:    Docket #

---

**ORDER**

Counsel Pierluisi Law Offices is granted leave to withdraw, and the Court notes that counsel will be replaced by the law firm of Lespier & Munoz Noya. Although the Court hereby grants this motion, the Court notes that this case was closed on April 15, 1999, and judgment was affirmed by the First Circuit on August 14, 2000.

Date 2/15/01        HECTOR M. LAFFITTE
                            Chief U.S. District Judge